**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 08-cr-00125-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FLAVIO CASTANEDA-ROMO

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE AND COVER SHEET

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated May 26, 2009 at Denver, Colorado.

                                               BY THE COURT:

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge