**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 08-cr-00125-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. FLAVIO CASTANEDA-ROMO,

      Defendant.

---

## ORDER PRESCRIBING JURY SELECTION PROTOCOL

**Blackburn, J.**

      Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall

be used by the court and the parties in the trial of this case.

      Dated May 28, 2009, at Denver, Colorado.

                             **BY THE COURT:**

                             Robert E. Blackburn
                             United States District Judge