**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 08-cr-00125-REB
(Civil Action No. 10-cv-02099-REB)

UNITED STATES OF AMERICA,

v.

1.  FLAVIO CASTANEDA-ROMO,

    Movant.

# ORDER

**Blackburn, J.**

The matter before me is defendant's **Petition Under 28 USC § 2255 To Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody** [#85] filed August 30, 2010. Because defendant is proceeding *pro se*, I review his papers liberally and generously. *See Erickson v. Pardus*, 551 U.S. 89 ___, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)).

Defendant's petition is before me for prompt examination and initial consideration under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. Based on my initial consideration of defendant's motion, which includes my consideration of the motion and the record of prior proceedings, I can not conclude summarily that the defendant is not entitled to relief and that the motion should be dismissed. Thus, under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the

United States District Courts, I must order the United States attorney to file an answer, motion, or other response within a fixed time.

**THEREFORE, IT IS ORDERED** as follows:

1. That by **October 4, 2010**, the United States Attorney for the District of Colorado **SHALL FILE** an answer, motion, or other response to defendant's motion with the contents required by Rule 5(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts; and

2. That as provided by Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts, the defendant may file by **November 3, 2010**, a reply to the government's answer, motion, or other response.

Dated September 2, 2010, in Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge