IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00125-REB-1
(Civil Action No. 10-cv-02099-REB)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

FLAVIO CASTANEDA-ROMO,

    Defendant-Movant.

---

**JUDGMENT**

---

Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn [#99], filed September 16, 2011, the following Judgment is hereby entered:

1. That the "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" [#85] filed August 30, 2010 by the defendant-movant is DENIED; and

2. That the corresponding civil action is dismissed; and

3. That the parties shall bear their own costs and attorney fees; and

4. That a certificate of appealability shall not issue because Movant has not made a substantial showing of the denial of a constitutional right.

Dated at Denver, Colorado this __19th__ day of September, 2011.

                              FOR THE COURT:

                              GREGORY C. LANGHAM, CLERK

                              By: _s/ Edward P. Butler_
                                  Edward P. Butler, Deputy Clerk